IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
(Roanoke Division)

| | |
|---|---|
| JOHN DOE,<br><br>  Plaintiff,<br><br>v.<br><br>VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY, *et al.*,<br><br>  Defendants. | Civil Action No. 7:18-cv-170 |

PLAINTIFF'S MOTION FOR
LEAVE TO PROCEED UNDER PSEUDONYM

  Plaintiff John Doe moves this Court for leave to proceed under pseudonym. Plaintiff will file contemporaneously a memorandum in support of this motion which is incorporated herein.

DATED: August 6, 2018

                 Respectfully submitted,

            By:  /s/ Louise T. Gitcheva
               Harvey & Binnall, PLLC
               Jesse R. Binnall
               Louise T. Gitcheva
               Sarah E. York
               717 King Street, Suite 300
               Alexandria, Virginia 22314
               Telephone: (703) 888-1943
               Facsimile: (703) 888-1930
               Email: jbinnall@harveybinnall.com
                  lgitcheva@harveybinnall.com
                  syork@harveybinnall.com

2

Nesenoff & Miltenberg LLP
Andrew T. Miltenberg
Tara Davis
363 Seventh Avenue, 5th Floor
New York, NY 10001-3904
Telephone: (212) 736-4500
Facsimile: (212) 736-2260
Email:  amiltenberg@nmllplaw.com
       tdavis@nmllplaw.com
*Admitted Pro hoc vice*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2018, I filed the foregoing using the Clerk's CM/ECF system, which will provide notice to all counsel of record.

        /s/ Louise T. Gitcheva
        Jesse R. Binnall
        Louise T. Gitcheva
        Sarah E. York
        Harvey & Binnall, PLLC
        717 King Street, Suite 300
        Alexandria, Virginia 22314
        Telephone: (703) 888-1943
        Facsimile:  (703) 888-1930
        jbinnall@harveybinnall.com
        lgitcheva@harveybinnall.com
        syork@harveybinnall.com