IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
|     Plaintiff, | ) |
| | ) Civil Action No. 7:18-cv-170 |
| v. | ) |
| | ) By: Elizabeth K. Dillon |
| VIRGINIA POLYTECHNIC INSTITUTE | )     United States District Judge |
| AND STATE UNIVERSITY, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that plaintiff's motion for leave to proceed under a pseudonym (Dkt. No. 15) is GRANTED and defendants' motion to dismiss (Dkt. No. 7) is DENIED. It is further ORDERED that throughout the entirety of this case, the parties shall:

- Use only the pseudonym "John Doe" to refer to plaintiff;

- Use only the pseudonym "Jane Roe" to refer to the woman who accused plaintiff in the underlying disciplinary proceedings;

- Redact or move to file under seal all documents and exhibits that use the real names or other identifying information of plaintiff, Jane Roe, or the witnesses from the investigation; and

- Submit unredacted versions of documents and exhibits to chambers.

The clerk is directed to send copies of this order and the accompanying memorandum

opinion to all counsel of record.

    Entered: November 13, 2018

                                              */s/ Elizabeth K. Dillon*
                                              Elizabeth K. Dillon
                                              United States District Judge