IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) Civil Action No. 7:18-cv-170 |
| v. | ) |
| VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY, *et al.*, | ) By: Hon. Robert S. Ballou<br>) United States Magistrate Judge |
| Defendants. | ) |

## ORDER

The court held a hearing on Defendant's Motion to Stay Discovery (Dkt. No. 28), which was opposed by Plaintiff. For the reasons discussed during the hearing, the Motion to Stay Discovery is **DENIED**, with the following changes to the pre-trial schedule:

1. The parties are limited to conducting only written discovery at this time;

2. I will hold a status conference on **February 15, 2019**, at **8:30 a.m**. to further address the pre-trial deadlines and status of discovery;

3. The expert disclosure deadlines shall be continued to a date to be determined during the February status conference; and

4. The parties shall establish a briefing schedule for the dispositive motions Defendants intend to file in this matter, and shall provide that schedule to the court to be incorporated into an order.

It is **SO ORDERED**.

Entered: November 14, 2018

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge