

**Virginia Tech**
*Division of* Student Affairs

**Student Conduct**
New Hall West, Suite 141 (0428)
Blacksburg, Virginia 24061
540/231-3790 Fax: 540/231-3437
E-mail: studentconduct@vt.edu
www.studentconduct.vt.edu

**To:** ▮

**From:** Caroline Green & Kyle Rose, Student Conduct Coordinators

**Date:** March 24, 2016

**Subject:** Formal Hearing Decision (#2016-▮)

Dear ▮:

On Wednesday, March 23, 2016, our office held a university conduct hearing regarding allegations of violations of policy found in the *Code of Student Conduct*, outlined in the *Hokie Handbook*. Below are the outcome for the following *Student Code of Conduct* charges and outcomes:

| Description | Outcome |
|---|---|
| Abusive Conduct - Assault, Verbal/Non-verbal: Any use of words or acts that cause physical injury, or threaten any individual, or interfere with any individual's rightful actions, including but not limited to the following: Words or actions that would cause an individual reason to fear for his or her immediate safety. Words can constitute assault when they are accompanied by the ability to inflict immediate harm. | **Responsible** |
| Abusive Conduct - Battery: Any use of words or acts that cause physical injury, or threaten any individual, or interfere with any individual's rightful actions, including but not limited to the following: The use of physical force against an individual or acts that cause physical injury. | **Responsible** |
| Alcoholic Beverage – Each student is expected to comply with the alcohol regulations of the Commonwealth of Virginia and the university. Members of the university community are accountable for their decisions regarding the use of alcohol as well as behavior that occurs as a result of these decisions. All state and international laws apply to Virginia Tech students. Please refer to the Alcoholic Beverages Section for additional information. | **Responsible** |
| Disorderly or Disruptive Conduct – Engaging in disorderly or disruptive conduct that: disturbs the peace, interferes with the performance of the duties of public/civil officials, interferes with the rights and/or activities of others or interferes with the orderly functioning of the university and/ or the performance of the duties of university personnel, including but not limited studying, teaching, research University administration, and blocking entrances and egress. | **Not Responsible** |

| | |
|---|---|
| Sexual Violence – Sexual Assault: Physical sexual acts perpetrated against a person's will or where a person is incapable of giving consent due to the victim's use of drugs or alcohol, or is unable to give consent due to an intellectual or other disability. Sexual violence includes rape, sexual assault, sexual battery, and sexual coercion. More specifically, actual or attempted sexual contact with another person without that person's contact. | **Responsible** |

As a result of your conduct meeting, the following sanctions are imposed:

### SANCTIONS:

**Dismissal:** This is a notice that you are permanently separated from the University. A notation is placed on the academic transcript: "dismissed by university action." Please be advised that if you live on-campus you must check out of your residence hall within 24 hours of your conduct decision being final. Please consult with Housing and Residence Life regarding appropriate check out procedures. If you do not check out of your residence hall, you may be subject to additional disciplinary action. You should be aware that certain types of financial aid may be withdrawn. By separate memorandum, the director of Student Accounts has been notified to make any adjustments/refunds that are applicable.

Your Dismissal is effective January 24, 2016. Since this incident resulted in a loss of privilege, you have the opportunity to appeal this decision. Should you choose to appeal, you must submit your written appeal to Student Conduct no later than Friday April 1, 2016 at 5:00pm.

**No Contact Order:** Your No Contact Order with ██████ has been reaffirmed.

If the outcome of your formal hearing results in one of the following sanctions (suspension, dismissal, and denial of housing/network access) you may appeal. A written request for an appeal, stating the specific grounds upon which the appeal is based, must be received in the Student Conduct office by 5:00pm of the seventh business day following notification of the decision. The day of the decision is given is considered the first day of the appeal period. Appeals submitted after the seventh business day will not be accepted.

If you have questions about the above requirements, please me or Student Conduct at (540) 231-3790. You may also view your outcome on HokieSpa.

Respectfully,

Caroline Green
Coordinator, Student Conduct

Kyle Rose
Coordinator, Student Conduct