IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 7:18-cv-170 |
| v. | ) | |
| | ) | By:  Elizabeth K. Dillon |
| VIRGINIA POLYTECHNIC INSTITUTE | ) | United States District Judge |
| AND STATE UNIVERSITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| JAMES DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 7:18-cv-320 |
| v. | ) | |
| | ) | By:  Elizabeth K. Dillon |
| VIRGINIA POLYTECHNIC INSTITUTE | ) | United States District Judge |
| AND STATE UNIVERSITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| JACK DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 7:18-cv-492 |
| v. | ) | |
| | ) | By:  Elizabeth K. Dillon |
| VIRGINIA POLYTECHNIC INSTITUTE | ) | United States District Judge |
| AND STATE UNIVERSITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| JOSEPH DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 7:18-cv-523 |
| v. ) | |
| ) | By:  Elizabeth K. Dillon |
| VIRGINIA POLYTECHNIC INSTITUTE ) | United States District Judge |
| AND STATE UNIVERSITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

For the reasons set forth in the accompanying memorandum opinion entered today, the court hereby GRANTS IN PART and DENIES IN PART defendants' motions to dismiss in each of these cases, and DENIES AS FUTILE plaintiffs' motions to amend.

As set forth in the opinion, all of plaintiffs' claims are dismissed from each of these actions, although some of those claims are dismissed without prejudice.  Plaintiffs may, but are not required to, file a motion for leave to file a second amended complaint in each case, consistent with the opinion.  Any such motion and the proposed complaint shall be filed not later than fourteen days after entry of this order.  The cases will remain on the active docket of the court, at least until the expiration of that fourteen-day period.

The clerk is directed to provide a copy of this order to all counsel of record through the court's electronic filing system.

Entered: August 15, 2019.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge