UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY,<br><br>Defendant. | Civil Action No. 7:18-cv-00170 |

Consent Motion to Extend Stay of
Proceedings and Deadlines

On April 27, 2020, this Court stayed all pending deadlines contained in the Amended Pre-Trial Order until June 1, 2020 while the parties engaged in settlement discussions. Those settlement discussions are ongoing and the parties jointly request that the Court extend that stay until July 1, 2020.

Dated: June 2, 2020

FRITH ANDERSON + PEAKE, P.C.

/s/
Katherine C. Londos (VSB #: 36848)
Nathan H. Schnetzler (VSB #: 86437)
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Telephone: (540) 772-4600
Fax:   (540) 772-9167
Email:  klondos@faplawfirm.com
        nschnetzler@faplawfirm.com

Respectfully Submitted,

HARVEY & BINNALL, PLLC

/s/
Jesse R. Binnall (VSB No. 79292)
717 King Street, Suite 300
Alexandria, VA 22314
Telephone: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com

Kay Heidbreder (VSB No.: 22288)
University Legal Counsel and
Senior Assistant Attorney General
M. Hudson McClanahan (VSB No.: 46363)
Stephen F. Capaldo (VSB No.: 74045)
Kristina J. Hartman (VSB No.: 92279)
Associate University Legal Counsel and Assistant Attorney General
University Legal Counsel (0121)
Burruss Hall, Suite 236,
Virginia Tech
800 Drillfield Drive
Blacksburg, VA 24060
Telephone: (540) 231-6293
Email: heidbred@vt.edu
hud3@vt.edu
scapaldo@vt.edu
kjhart06@vt.edu

*Attorneys for Defendant*

NESENOFF & MILTENBERG LLP
Andrew T. Miltenberg
Tara J. Davis
363 Seventh Avenue, 5th Floor
New York, NY 10001-3904
Telephone: (212) 736-4500
Facsimile: (212) 736-2260
Email: amiltenberg@nmllplaw.com
tdavis@nmllplaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2020, a true and genuine copy of the foregoing was served via electronic mail by the Court's CM/ECF system to all counsel of record.

Respectfully submitted,

/*s*/ Jesse R. Binnall
Jesse R. Binnall, VSB# 79272
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com