IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    Case No. 7:18cv170 |
| | ) |
| VIRGINIA POLYTECHNIC INSTITUTE | ) |
| AND STATE UNIVERSITY, et al., | ) |
| | ) |
|    Defendants. | ) |

## JOINT MOTION TO EXTEND STAY OF PROCEEDINGS AND DEADLINES

On April 27, 2020, the Court stayed all pending deadlines contained in the Amended Pre-Trial Order until June 1, 2020 while the parties engaged in settlement discussions. On June 9, 2020, the Court extended the stay until July 1, 2020 while the parties continued settlement discussions. Those settlement discussions are ongoing, and the parties jointly request that the Court extend that stay until August 1, 2020.

Respectfully submitted,

| | |
|---|---|
|    /s/ Jesse R. Binnall | /s/ Nathan H. Schnetzler |
| Jesse R. Binnall, VSB No. 79292 | Katherine C. Londos (VSB No: 36848) |
| HARVEY & BINNALL, PLLC | Nathan H. Schnetzler (VSB No: 86437) |
| 717 King Street, Suite 300 | FRITH ANDERSON + PEAKE, P.C. |
| Alexandria, VA 22314 | 29 Franklin Road, SW |
| Tel: (703) 888-1943 | P.O. Box 1240 |
| Fax: (703) 888-1930 | Roanoke, Virginia 24006-1240 |
| jbinnall@harveybinnall.com | Phone: 540/772-4600 |
| | Fax:    540/772-9167 |
| | klondos@faplawfirm.com |
| | nschnetzler@faplawfirm.com |
| | |
| Andrew T. Miltenberg | Kay K. Heidbreder, VSB No. 22288 |

- 1 -

629.0330\
4828-4793-0561 .v1

| | |
|---|---|
| Tara Davis | University Legal Counsel and |
| Nesenoff & Miltenberg LLP | Special Assistant Attorney General |
| 363 Seventh Avenue, 5th Floor | M. Hudson McClanahan (VSB No. 46363) |
| New York, NY 10001-3904 | Stephen Capaldo (VSB No. 74045) |
| Telephone: (212) 736-4500 | Kristina J. Hartman (VSB No. 92279) |
| Facsimile: (212) 736-2260 | Associate University Legal Counsel and Special |
| Email: amiltenberg@nmllplaw.com | Assistant Attorney General |
| tdavis@nmllplaw.com | Virginia Polytechnic Institute & State University |
| Pro hac vice | 236 Burruss Hall |
| *Counsel for Plaintiff Joseph Doe* | Blacksburg, VA 24061 |
| | (540) 231-6293 |
| | (540) 231-6474 facsimile |
| | heidbred@vt.edu |
| | hud3@vt.edu |
| | scapaldo@vt.edu |
| | kjhartman06@vt.edu |
| | *Counsel for Defendants* |



- 2 -

629.0330\
4828-4793-0561 .v1

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 1, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

    /s/ Nathan H. Schnetzler



629.0330\
4828-4793-0561 .v1