# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:18cv170 |
| ) | |
| VIRGINIA POLYTECHNIC INSTITUTE ) | |
| AND STATE UNIVERSITY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pursuant to Western District of Virginia Civil Rule 83, this case is hereby **REFERRED** to United States Magistrate Judge Robert S. Ballou for alternative dispute resolution. It is further **ORDERED** that the parties shall contact Judge Ballou's chambers within seven (7) days of entry of this Order to schedule alternative dispute resolution.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is **SO ORDERED**.

Entered: September 9, 2020.

/s/ Elizabeth K. Dillon

Elizabeth K. Dillon
United States District Judge

629.0330\NHS
4850-4508-7178 .v1